UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| VANESSA K. ISHAM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 3:08-CV-423 |
| | )   (Phillips/Shirley) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
|     Defendant. | ) |

### MEMORANDUM OPINION

This Social Security appeal is before the Court on the report and recommendation ("R&R") filed by United States Magistrate Judge C. Clifford Shirley [Doc. 17]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that plaintiff's Motion for Summary Judgment [Doc. 11] be granted, and that defendant Commissioner's Motion for Summary Judgment [Doc. 15] be denied. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

1

It is **ORDERED,** for the reasons stated in the R&R [Doc. 17], that plaintiff's Motion for Summary Judgment [Doc. 11] is **GRANTED**, to the extent that this case is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g) for a new hearing. The defendant Commissioner's Motion for Summary Judgment is **DENIED**.

**ENTER:**

　　　　s/ Thomas W. Phillips　　
United States District Judge